1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH L. STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CAROLYN B. CHEN, CSBN 256628
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8956
       Facsimile: (415) 744-0134
7      E-Mail: Carolyn.Chen@ssa.gov
8  Attorneys for Defendant

9           UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA

11               FRESNO DIVISION

12

13 DELPHINE JACKSON,                    )   Case No.: 1:14-cv-01573-GSA
                                        )
14            Plaintiff,                )   STIPULATION AND ORDER AN
                                        )   EXTENSION OF TIME OF 30 DAYS FOR
15    vs.                               )   DEFENDANT'S RESPONSE TO
                                        )   PLAINTIFF'S OPENING BRIEF
16 CAROLYN W. COLVIN,                   )
   Acting Commissioner of Social Security, )
17                                      )
                                        )
18            Defendant.                )
   _____)

19        IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel of record, that Defendant shall have an extension of time of an additional 30 days to

21 respond to Plaintiff's opening brief.  This is the first continuance sought by Defendant.  The

22 current due date is August 6, 2015.  The new due date will be September 8, 2015 (Monday,

23 September 7, 2015 is a federal holiday).

24        There is good cause for this request.  Defendant is seeking this extension due to

25 Defendant's counsel's full workload, including recent and unanticipated developments in a

26 couple of counsel's other cases that cannot be assigned to another attorney.  One matter is an

27 Equal Employment Opportunity Commission matter that requires counsel to travel around the

28 time of the original due date of Defendant's response.  This request is made in good faith with no

1  intention to unduly delay the proceedings.  Defense counsel is requesting additional time up to

2  fully review the administrative record and research the issues presented by Plaintiff's opening

3  brief.

4          The parties further stipulate that the Court's Scheduling Order shall be modified

5  accordingly.

6

7                                              Respectfully submitted,

8  Date: July 31, 2015                         NEWEL LAW

9

10                                             _s/ Melissa Newel by C.Chen*_
                                               (As authorized by e-mail on 7/31/2015)
11                                             MELISSA NEWEL
                                               Attorneys for Plaintiff
12

13  Date: July 31, 2015                        BENJAMIN B. WAGNER
                                                United States Attorney
14

15                                             By _s/ Carolyn B. Chen_
                                                CAROLYN B. CHEN
16                                              Special Assistant U. S. Attorney

17                                              Attorneys for Defendant

18

19

20                                          ORDER

21

22          Pursuant to the above stipulation, Defendant's Opposition shall be filed no later than

23  September 8, 2015.  Any Reply shall be filed within 15 days of the filing of the Opposition.

24

25  IT IS SO ORDERED.

26    Dated:   **July 31, 2015**            **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
27

28